UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

K.S.,

              Petitioner,

    v.

TODD BLANCHE, et al.,

              Respondents.

CASE NO. C26-1345JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On April 28, 2026, *pro se* Petitioner filed a motion for the court to issue an order to show cause and to set an expedited briefing schedule in this 28 U.S.C. § 2241 immigration habeas action.  (Mot. (Dkt. # 8); *see also* Pet. (Dkt. # 5).)  On the same day, the court issued an order approving Petitioner's application to proceed *in forma pauperis* in this matter.  (4/28/26 Order (Dkt. # 4).)  Pursuant to the court's April 28, 2026 Order, the Clerk entered a scheduling order directing Respondents to show cause why the court

MINUTE ORDER - 1

should not grant the writ of habeas corpus.  (4/28/26 Sch. Order (Dkt. # 6).)  Thus, the court DENIES Petitioner's motion as moot (Dkt. # 8).

Filed and entered this  30th  day of April, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2