UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| K.S., | CASE NO. C26-1345JLR |
| Petitioner, | ORDER |
| v. | |
| TODD BLANCHE, et al., | |
| Respondents. | |

Before the court is *pro se* Petitioner K.S.'s motion for an extension of the deadline to file a traverse. (Mot. (Dkt. # 17).) On April 28, 2026, the court entered a scheduling order setting a May 18, 2026 deadline to file a traverse. (Sch. Order (Dkt. # 6).) On May 12, 2026, Petitioner filed the instant motion requesting a five day extension to file a traverse because he is "currently detained [and] unable to access electronic case filing system [sic][.]" (Mot.) Federal Rule of Civil Procedure 6(b) provides that, upon finding good cause, the court may extend the deadline for a party to file a responsive briefing. *See* Fed. R. Civ. P. 6(b). Accordingly, finding good cause, the court GRANTS

ORDER - 1

Petitioner's motion.  The court ORDERS Petitioner to file a traverse by **Thursday, June 4, 2026.**  The Clerk is DIRECTED to re-note Petitioner's petition to June 4, 2026.

Dated this 21st day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2